

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-21-00331-CR

John Darrick **RITTENBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20109
Honorable Rex Emerson, Judge Presiding

# O R D E R

On November 10, 2021, the trial court appointed Mr. M. Patrick Maguire as appellate counsel for appellant. On February 21, 2022, Mr. Maguire filed a "Motion to Abate Appeal and for Appointment of New Counsel," in which he states he has a conflict of interest in representing appellant.[1]

We GRANT the motion and ABATE this case to the trial court and ORDER the trial court to appoint counsel to represent appellant. We further ORDER the trial court to file its written findings of fact and conclusions of law with the trial court clerk **no later than March 30, 2022**.

We ORDER the trial court clerk to file a supplemental clerk's record in this court **no later than ten days** after the trial court files its findings of facts and conclusions of law. We further ORDER the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, **no later than twenty days** after the date of the hearing.

All appellate deadlines are ABATED pending further orders from this court.

---

[1] Counsel states he acted as the magistrate in appellant's underlying criminal case in December 2019.

FILE COPY



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2022.

MICHAEL A. CRUZ, Clerk of Court